UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRIAN PITTS,

        Plaintiff,

v.

HP PELZER AUTOMOTIVE SYSTEMS, INC.,

        Defendant.

Civil Action No. 1:18-cv-0012

Honorable James Randal Hall
Magistrate Judge: Brian E. Epps

## ORDER JOINING ALL CLAIMS AND DISMISSING COMPLAINT WITH PREJUDICE

This matter having regularly come before the Court pursuant to the stipulated agreement of the parties, as represented by counsel; good cause having been shown and the Court being otherwise advised in the premises,

**NOW THEREFORE:**

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Brian Pitts has joined all claims that he has had at any time up to the entry of this Order against HP Pelzer Automotive Systems, Inc. and its predecessors, successors, parents, subsidiaries, affiliates, any and all related entities, including, but not limited to, HP Pelzer Automotive Systems, Inc., past and current officers, trustees, directors, members, board members, employees, agents, attorneys, insurance companies and assigns in their official and individual capacities; and

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded.

_____
HON. J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2019